1  Name: _____Tubbs_____

2  Address: _141 W 1st St San Dimas, CA 91773_

3  _____

4  Phone: _(909) 274-0317_____

FILED
CLERK, U.S. DISTRICT COURT

January 19, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____MR____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tubbs

Plaintiff

v.

Bonita Unified School District

Defendant(s).

CASE NUMBER:

2:22-cv-00394-FLA-PVC

To be supplied by the Clerk of
The United States District Court

Complaint
Intentional Infliction Emotional Distress Damages
Punitive Damages          Title IX

Parties:

Tubbs (Plantiff) and Bonita Unified School District (Defendant)

Procedural history and background:

Plantiff Tubbs is 21 years old male former adult student at the Bonita Unified School District.

Bonita Unified School District didnt allow adult student Tubbs to enroll in San Dimas High School in the Bonita Unified School District government and biology class 55 minutes each November 14, 2021 secondary school program because adult student of male sex status.

Statatory law Title IX:
Per 20 U.S.C. 1681 Title IX, prohibits sex-based discrimination in any school or other education program that receives funding from the federal government.

*Patrick Tubbs*

First Relief:
Plantiff Tubbs relief respectfully ask for intentional infliction emotional distress damages 250000 and punitive damages 750000.

Second Relief:
Injunction enroll in San Dimas High School in the Bonita Unified School District allow get career accomodation government class 55 minutes, biology class 55 minutes and any career class take know figure meant career.

Dated: November 14, 2021

Patrick Tubbs
Plaintiff